UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FACUNDO SANCHEZ DE JESUS, *individually and on behalf of others similarly situated*,

                Plaintiff,

– against –

FAMOUS ITALIAN VILLAGE INC., d/b/a ITALIAN VILLAGE PIZZA, 1494 FIRST AVE RESTAURANT CORP., d/b/a ITALIAN VILLAGE PIZZA, JGL RESTAURANT CORP., d/b/a ITALIAN VILLAGE PIZZA, JOSEPH NOTARO, CHRISTIANT LEON, and JOSE LEON

                Defendant.

**ORDER**

21 Civ. 4870 (ER)

Ramos, D.J.:

The Court having been advised that the parties have reached agreement on all issues after mediation, the parties are hereby directed to submit their agreement for approval by no later than January 4, 2022.

SO ORDERED.

Dated:   December 1, 2021
            New York, New York

                                                Edgardo Ramos, U.S.D.J.