UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FACUNDO SANCHEZ DE JESUS, *individually and on behalf of others similarly situated,*

Plaintiff,

-against-

FAMOUS ITALIAN VILLAGE INC., (d/b/a ITALIAN VILLAGE PIZZA), 1494 FIRST AVE RESTAURANT CORP. (d/b/a ITALIAN VILLAGE PIZZA), JGL RESTAURANT CORP. (d/b/a ITALIAN VILLAGE PIZZA), JOSEPH NOTARO, CHRISTIAN LEON, and JOSE LEON,

*Defendants.*
-----------------------------------------------------------------X

Civil Action No. **21-cv-04870-ER**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:
    Jasmine Yogesh Patel
    Franklin Gringer & Cohen, P.C.
    666 Old Country Road, Suite 202
    Garden City, NY 11530
    516-228-3131
    Fax: 516-228-3136
    Email: jpatel@franklingringer.com
    *Attorneys for Defendants*

    PLEASE TAKE NOTICE that Plaintiff FACUNDO SANCHEZ DE JESUS hereby accepts the offer of judgment made by Defendants FAMOUS ITALIAN VILLAGE INC., (d/b/a ITALIAN VILLAGE PIZZA), 1494 FIRST AVE RESTAURANT CORP. (d/b/a ITALIAN VILLAGE PIZZA), and JOSEPH NOTARO pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated December 29, 2021. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
       December 30, 2021

*/s/ Catalina Sojo*
Catalina Sojo, Esq.
CSM Legal, P.C.