UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

FACUNDO SANCHEZ DE JESUS, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

FAMOUS ITALIAN VILLAGE INC., (d/b/a ITALIAN VILLAGE PIZZA), 1494 FIRST AVE RESTAURANT CORP. (d/b/a ITALIAN VILLAGE PIZZA), JGL RESTAURANT CORP. (d/b/a ITALIAN VILLAGE PIZZA), JOSEPH NOTARO, CHRISTIAN LEON, and JOSE LEON,

*Defendants*
----------------------------------------------------------------X

Civil Action No. **21-cv-04870-ER**

[Proposed Form Of]
**JUDGMENT**

## JUDGMENT

On January 3, 2022 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, FACUNDO SANCHEZ DE JESUS, has judgment against FAMOUS ITALIAN VILLAGE INC., (d/b/a ITALIAN VILLAGE PIZZA), 1494 FIRST AVE RESTAURANT CORP. (d/b/a ITALIAN VILLAGE PIZZA, and JOSEPH NOTARO, jointly and severally, in the amount of Fifteen Thousand Dollars and No Cents ($15,000.00), which is inclusive of attorneys' fees and costs.

Dated: January 3, 2022
New York, New York

_____
EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE