UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FACUNDO SANCHEZ DE JESUS, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

-against-

JGL RESTAURANT CORP. (D/B/A ITALIAN VILLAGE PIZZA), CHRISTIAN LEON and JOSE LEON,

                *Defendants.*

------------------------------------------------------------------X

Civil Action No. **21-cv-04870**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:
    Ira A Sturm
    Raab, Sturm & Ganchrow, LLP
    2125 Center Avenue, Suite 100
    Fort Lee, NJ 07024
    (201)-292-0150
    Fax: (201)-292-0152
    *Attorneys for Defendants*

    PLEASE TAKE NOTICE that Plaintiff FACUNDO SANCHEZ DE JESUS hereby accepts the offer of judgment made by Defendants JGL RESTAURANT CORP. (D/B/A ITALIAN VILLAGE PIZZA), CHRISTIAN LEON and JOSE LEON pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated January 3, 2022. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
       January 3, 2022

                                      */s/ Catalina Sojo*
                                      Catalina Sojo, Esq.
                                      CSM Legal, P.C.
                                      60 East 42nd Street, Suite 4510
                                      New York, NY 10165
                                      (212) 317-1200
                                      *Attorneys for Plaintiff*