UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| FACUNDO SANCHEZ DE JESUS, *individually and on behalf of others similarly situated*,<br><br>             *Plaintiff*,<br><br>   -against-<br><br>JGL RESTAURANT CORP. (D/B/A ITALIAN VILLAGE PIZZA), CHRISTIAN LEON and JOSE LEON, | Civil Action No. **21-cv-04870**<br><br><br>~~[Proposed Form Of]~~<br>**JUDGMENT** |

-----------------------------------------------------------------X

## JUDGMENT

On January 4, 2022, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, FACUNDO SANCHEZ DE JESUS, have judgment against JGL RESTAURANT CORP. (D/B/A ITALIAN VILLAGE PIZZA), CHRISTIAN LEON and JOSE LEON, jointly and severally, in the amount of Thirty-Five Thousand Dollars and No Cents ($35,000.00), which is inclusive of attorneys' fees and costs.

Dated: January 4, 2022
New York, New York

_____
EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE